UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10027 MLW**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number: |
| | ) |
| | ) Violation: |
| | ) |
| v. | ) 21 U.S.C. § 846 - |
| | ) Conspiracy to Possess with |
| | ) Intent to Distribute and |
| | ) to Distribute |
| 1. LEO J. CAMBRIA, JR. | ) Methamphetamine and |
| 2. GINA CAPODILUPO, | ) Oxycodone |
|    a/k/a "Gina Cambria" | ) |
| 3. DEBRA TAMBURINO, | ) |
| | ) |
| Defendants | ) |

<u>INDICTMENT</u>

COUNT ONE:   (Title 21, United States Code, Section 846 --
Conspiracy to Possess With Intent to Distribute
and to Distribute Methamphetamine and Oxycodone)

The Grand Jury charges that:

From a date unknown, but no later than on or about July 22, 2004, to on or about October 28, 2004, at Malden, Revere, Lynn, and elsewhere in the District of Massachusetts, in the District of Arizona, and elsewhere,

        1. LEO J. CAMBRIA, JR.,
          2. GINA CAPODILUPO,
      a/k/a "Gina Cambria," and
        3. DEBRA TAMBURINO

defendants herein, knowingly and intentionally combined, conspired, and agreed, with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute,

and to distribute, methamphetamine, a Schedule II controlled substance, and oxycodone, a Schedule II controlled substance. in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy charged in Count One involved 50 grams or more of methamphetamine, a Schedule II controlled substance. Accordingly, 21 U.S.C. §841(b)(1)(A)(viii) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

**CRIMINAL FORFEITURE ALLEGATION**
**(21 U.S.C. § 853)**

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One,

    1. LEO J. CAMBRIA, JR.,
    2. GINA CAPODILUPO,
       a/k/a "Gina Cambria," and
    3. DEBRA TAMBURINO

defendants herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of any defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

Deputy  FOREPERSON OF THE GRAND JURY

RACHEL E. HERSHFANG
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; February 9, 2005.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

12:35 pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10027 MLW**

# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __II__   Investigating Agency __USPIS__

City __Malden__   Related Case Information:

County __Middlesex__
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Leo J. Cambria, Jr.__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __Tucson, AZ__

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__  Race: __Caucasion__   Nationality: __USA__

**Defense Counsel if known:** __unknown__   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang__   Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/07/05   Signature of AUSA: _____

&JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Leo J. Cambria, Jr.

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Methamphetamine and Oxycodone | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05CR 10027 MLW**

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: _____ | Category No. II | Investigating Agency  USPIS |
| City  Malden | Related Case Information: | |
| County  Middlesex | Superseding Ind./ Inf. _____  Case No. _____ | |
| | Same Defendant _____  New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

## Defendant Information:

Defendant Name  Gina M. Capodilupo          Juvenile  ☐ Yes  ☒ No

Alias Name  "Gina M. Cambria"

Address  18 Joy Terrace, Malden, MA

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  F  Race: Caucasion  Nationality: USA

Defense Counsel if known:  Alfred Farese, Jr.          Address:  366 Broadway
                                                                 Everett, MA  02149
Bar Number: _____

## U.S. Attorney Information:

AUSA  Rachel E. Hershfang          Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

## Location Status:

Arrest Date:  01/19/05

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Swartwood, M.J.  on  01/19/05

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  02/07/05          Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Gina Capodilupo, a/k/a "Gina M. Cambria"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Methamphetamine and Oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05CR10027MLW**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** USPIS

**City** Malden

**Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Debra A. Tamburino        Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  45 Loomis Street, Apt. #220, Malden, MA

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  F  Race:  Caucasion  Nationality:  USA

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang        Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:  01/19/05

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Swartwood, M.J.  on  01/19/05

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  02/07/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Debra Tamburino

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Methamphetamine and Oxycodone | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**