UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10027 MLW**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number: <br> ) <br> ) Violation: <br> ) |
| V. | ) 21 U.S.C. § 846 - <br> ) Conspiracy to Possess with <br> ) Intent to Distribute and <br> ) to Distribute |
| 1. LEO J. CAMBRIA, JR. <br> 2. GINA CAPODILUPO, <br>     a/k/a "Gina Cambria" <br> 3. DEBRA TAMBURINO, <br><br>    Defendants | ) Methamphetamine and <br> ) Oxycodone <br> ) <br> ) <br> ) <br> ) |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States Attorney hereby respectfully moves the Court to seal the ~~superseding~~ [GFTH] indictment in this case until further order of the Court, except to the extent necessary to provide defendants Gina Capodilupo and Debra Tamburino, who have already been arrested, and released, and their counsel, with copies of the indictment. As grounds for this motion, the government states that public disclosure of the indictment might jeopardize the government's ability to arrest one of the defendants.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: Fabraury 9, 2005