UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                    )
                                    )
    V.                              )
                                    ) Criminal Number: 05-10027-MLW
                                    )
1. LEO J. CAMBRIA, JR.              )
2. GINA CAPODILUPO,                 )
   a/k/a "Gina Cambria"             )
3. DEBRA TAMBURINO,                 )
                                    )
        Defendants                  )

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States Attorney hereby respectfully moves the Court to unseal the indictment in this case. As grounds for this motion, the government states that there is no further need for secrecy, as all three defendants have been arrested, and that the indictment should therefore be publicly available.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:   _____
                          Rachel E. Hershfang
                          Assistant U.S. Attorney

Dated: March 14, 2005