# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 24, 2005

Clerk of Court
Ms. Sarah Allison Thornton
United States District Court John Joseph Moakley
 United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210-3002

RE: USA v. Leo J Cambria, Jr.
Your case number: CR 05 10027 MLW
Arizona case number: 05-3073M

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before United States Magistrate Judge Edward C. Voss in the District of Arizona. The following action has been taken.

☒  U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐  ON THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: /s/ Pat Holguin Rivera
Pat Holguin Rivera
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 24, 2005

Clerk of Court
Ms. Sarah Allison Thornton
United States District Court John Joseph Moakley
  United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210-3002

RE: USA v. Leo J Cambria, Jr.
Your case number: CR 05 10027 MLW
Arizona case number: 05-3073M

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before United States Magistrate Judge Edward C. Voss in the District of Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ ON THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: /s/ Pat Holguin Rivera
Pat Holguin Rivera
Deputy Clerk

Enclosures

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

Proceedings include all events.                                              CLOSE
2:05m 3073-ALL USA, et al v. Cambria

                                                                             CLOSE
                          U.S. District Court
       U.S. District Court for the District of Arizona (Phoenix)

             CRIMINAL DOCKET FOR CASE #: 05-M -3073-ALL

USA, et al v. Cambria                                         Filed: 03/10/05
Dkt# in other court: None

| Date | # | Entry |
|---|---|---|
| 3/10/05 | -- | DEFENDANT Leo J Cambria Jr arrested on warrant from District of Massachusetts Leo J Cambria (1) count(s) cmp (kl) [Entry date 03/14/05] |
| 3/10/05 | 1 | ( FILED: 3/14/05) MINUTES:  before Mag Judge Lawrence O. Anderson. Initial appearance held; dft advised of charges, rights, etc.; adding for Leo J Cambria Jr attorney Jane L McClellan. Appointment of counsel hearing held. Gregory Bartolomei for Jane McClellan appointed. Status hearing re: Identity set for 3/17/05 at 9:30 AM before Magistrate Judge Voss. Dft ordered temporarily detained. Detention hearing set for 3/17/05 at 9:30 AM before Magistrate Judge Voss. [1-2] (kl) [Entry date 03/14/05] |
| 3/14/05 | 2 | ORDER by Mag Judge Lawrence O. Anderson  appointing counsel Jane McClellan. (kl) [Entry date 03/14/05] |
| 3/17/05 | 3 | ( FILED: 3/21/05) MINUTES:  before Magistrate Judge Edward C. Voss appears defendant Cambria with counsel; identity hearing is waived; status hearing held; detention hearing is submitted and defendant is detained; removal warrant is issued. [3-1] re: [3-1] (phr) [Entry date 03/21/05] |
| 3/17/05 | 4 | identity hearing waived as to Leo J Cambria Jr (phr) [Entry date 03/21/05] |
| 3/17/05 | -- | RULE 40 removal warrant issued as to Leo J Cambria Jr  by Magistrate Judge Edward C. Voss ; case closed (phr) [Entry date 03/21/05] |
| 3/21/05 | 5 | ORDER of detention pending further proceedings by Magistrate Judge Edward C. Voss  as to Leo J Cambria Jr re: detention [5-1] (phr) [Entry date 03/21/05] |

Docket as of March 25, 2005 10:17 am                          Page 1

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of __ARIZONA__

| UNITED STATES OF AMERICA V. Leo J. Cambria, Jr. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 05-CR10027 MLW | District of Massachusetts | 05-03073M-001 | District of Arizona |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)
charging a violation of 21:846

**DISTRICT OF OFFENSE**
District of Massachusetts

**DESCRIPTION OF CHARGES:**

Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine and Oxycodone

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?  X No  ☐ Yes  Language: _____

**DISTRICT OF ARIZONA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_3/17/05_
Date

Edward C. Voss, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 17 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _Arizona_

UNITED STATES OF AMERICA

v.

**Leo Joseph Cambria, Jr.**

## WAIVER OF RULE 5(c)(3) HEARINGS
(formerly Rule 40)

CASE NUMBER: 05-3073M

I, **Leo Joseph Cambria, Jr.**, understand that in the _____ District of **Massachusetts**, charges are pending alleging violation of **21 U.S.C. §846** and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(☒) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

( ) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_/s/ Leo L Cambria_
Defendant

3/17/05
Date

_/s/ Jane M_____
Defense Counsel

```
                FILED      ___ LODGED
           ___ RECEIVED    ___ COPY

              MAR 1 4 2005

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. 05-3073M |
|---|---|
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| -vs- | |
| Leo Joseph Cambria, Jr., | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: **Conspiracy / Narcotics**

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

(  ) United States District Judge _____

( X ) United States Magistrate Judge **Lawrence O. Anderson**

**CASE ASSIGNED TO:** Jane McClellan
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this **10** day of **March**, 200**5**.

_/s/ Lawrence O. Anderson_
UNITED STATES MAGISTRATE JUDGE

\AppointOrder

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Phoenix

**MAGISTRATE JUDGE'S MINUTES**

[Stamp: ☒ FILED  ☐ LODGED  ☐ RECEIVED  ☐ COPY — MAR 14 2005 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ____ DEPUTY]

DATE: 3/10/2005   CASE NUMBER: 05-03073M-001

USA vs. Leo J. Cambria, Jr.

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON  #: 70BI

A.U.S. Attorney  John Boyle   INTERPRETER _____
LANGUAGE _____
Attorney for Defendant Gregory Bartolomei for Jane McClellan (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _____

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 3/10/2005          ☒ Initial Appearance          ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken  ☐ Defendant Sworn            ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)           ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:   3/17/05 at 9:30 AM
Before:    MAGISTRATE JUDGE VOSS
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
  ☐ Flight risk   ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Identity
☐ Held  ☐ Con't  ☐ Reset
Set for:   3/17/05 at 9:30 AM
Before:    MAGISTRATE JUDGE VOSS

[Certification stamp: "I hereby attest and certify this document is a full, true and correct copy of the original on file in my office and in my custody. CLERK, U.S. DISTRICT COURT, DISTRICT OF ARIZONA  By ____ Deputy"]

Other: _____

Recorded by Courtsmart
BY: Sherise M. Marshall
Deputy Clerk



03/10/2005  11:01    6022581780            POSTAL INSPECTION                    PAGE 01/06

AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LEO J. CAMBRIA, Jr.

COPY

WARRANT FOR ARREST

Case Number: **05 CR 10027 MLW**

05-3073 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Leo J. Cambria, Jr.**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

conspiracy to possess with intent to distribute and to distribute methamphetamine and oxycodone

in violation of Title __21__ United States Code, Section(s) __846__

_____
Name of Issuing Officer

Supervisor
Title of Issuing Officer

_____
Signature of Issuing Officer

Boston, MA;  February 9, 2005
Date and Location

Bail fixed at $_____    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |