UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        v.                  )<br>)<br>LEO J. CAMBRIA JR.,          )<br>GINA CAPODILUPO,             )<br>a/k/a "Gina Cambria", and    )<br>DEBRA TAMBURINO,             )<br>        Defendants,          )  | CRIMINAL ACTION<br>NO. 05-10027-MLW |

INITIAL STATUS REPORT
April 6, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Wolf, J. to whom this case is assigned:

1. <u>Leo J. Cambria Jr.</u>

Mr. Cambria was recently arrested outside the District in connection with this Indictment and is scheduled to appear before me for his initial appearance in this District and arraignment on April 8, 2005. I intend to schedule Mr. Cambria's initial status conference on the same date as a further status conference for the remaining Defendants previously arrested in this case.

2. <u>Ms. Capodilupo and Ms. Tamburino</u>

The Government has completed its initial obligation for discovery and anticipates providing additional discovery concerning

expert reports on fingerprint analyses. Since the parties have been unable to reach a stipulation concerning the drugs and chemicals seized in this case, both parties have requested additional time to obtain expert reports concerning those drugs. I have granted that request.

3.  <u>Further Status Conference</u>

A further status conference shall be held in this case on May 17, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

With the assent of counsel for Ms. Capodilupo and Ms. Tamburino, I am excluding from the Speedy Trial Act, the period from March 16, 2005 (date of expiration of prior order of excludable time) through May 17, 2005 (date by which initial discovery should be completed for Mr. Cambria and discovery in general completed for the remaining Defendants). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, July 26, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE