**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEO J. CAMBRIA JR., )<br>GINA CAPODILUPO, )<br>a/k/a "Gina Cambria", and )<br>DEBRA TAMBURINO, )<br>     Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 05-10027-MLW** |

**ORDER OF EXCLUDABLE TIME**
**April 6, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 16, 2005 (date of expiration of prior order of excludable time) through May 17, 2005 (date by which initial discovery should be completed for Mr. Cambria and discovery in general completed by the remaining Defendants) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE