## Carney & Bassil

A Professional Corporation

Attorneys at Law

20 Park Plaza
Suite 1405
Boston, MA 02116

TEL. (617) 338-5566
FAX (617) 338-5587

J. W. CARNEY, JR.
JANICE BASSIL
MICHAEL J. TRAFT
ANDREW M. D'ANGELO
REINALDO GONZALEZ
ROSANNE KLOVEE

JAMES M. DOYLE
OF COUNSEL

www.CarneyBassil.com
admin@CarneyBassil.com

April 22, 2005

Ms. Lisa Roland
Deputy Clerk
United States District Court
595 Main Street, Suite 502
Worcester, MA 01608

RE: **United States v. Leo Cambria**
    **No. 05-MJ-01614-CBS**

Dear Lisa,

I hope that all is well in fair Worcester. As you requested, I have enclosed the documents which I obtained from the defendant's Arizona attorney concerning the proceedings in the United States District Court for the District of Arizona. These documents, as confirmed by my conversation with that lawyer, reflect that the defendant received a detention hearing in Arizona, and was ordered detained by the Magistrate Judge.

Thank you for your courtesy in this matter. It makes it a pleasure to go to your Court.

Very truly yours,

J. W. Carney, Jr.

JWC/
cc: AUSA Rachel Hershfang

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,
    Plaintiff,

v.

Leo J. Cambria, Jr.
    Defendant.

05-3073M

MAR 21 2005

ORDER OF DETENTION

MAR 21 2005

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

Defendant does not dispute the information contained in the Pretrial Services Report

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

The Court also concludes, by clear and convincing evidence that defendant is a danger to others and the community and requires detention pending trial.

No condition or combination of conditions will reasonably assure the appearance of defendant as required or reasonably assure the safety of others and the community.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 17th day of March, 2005.

EDWARD C. VOSS
United States Magistrate Judge

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Phoenix | X FILED  ___ LODGED<br>___ RECEIVED  ___ COPY<br>MAR 1 4 2005<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY |

DATE: 3/10/2005            CASE NUMBER: 05-03073M-001

USA vs. Leo J. Cambria, Jr.

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON #: 70BI

A.U.S. Attorney  John Boyle                             INTERPRETER_____
                                                        LANGUAGE_____
Attorney for Defendant Gregory Bartolomei for Jane McClellan (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA  3/10/2005             ☒ Initial Appearance              ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken    ☐ Defendant Sworn                 ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)             ☐ Defendant states true name to be ___. Further proceedings ORDERED
                             in Defendant's true name.

| DETENTION HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:    3/17/05 at 9:30 AM<br>Before:     MAGISTRATE JUDGE VOSS<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Identity<br>☐ Held  ☐ Con't  ☐ Reset<br>Set for:    3/17/05 at 9:30 AM<br>Before:     MAGISTRATE JUDGE VOSS |

Other: _____

Recorded by Courtsmart
BY:  Sherise M. Marshall
Deputy Clerk



```
                                          ☒ FILED    ___ LODGED
                                          ___ RECEIVED ___ COPY

                                              MAR 1 4 2005

                                          CLERK U S DISTRICT COURT
                                          DISTRICT OF ARIZONA
                                          BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. 05-3073M |
|---|---|
| Plaintiff, | ORDER APPOINTING COUNSEL |
| -vs- | |
| LEO JOSEPH CAMBRIA, JR., | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: **Conspiracy / Narcotics**,

IT IS HEREBY ORDERED appointing the Federal Public Defender by:

( ) United States District Judge _____

(✗) United States Magistrate Judge **Lawrence O. Anderson**

CASE ASSIGNED TO: **Jane McClellan**
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this **10** day of **March**, 200**5**.

_____
UNITED STATES MAGISTRATE JUDGE

\AppointOrder

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of __ARIZONA__

UNITED STATES OF AMERICA
V.

Leo J. Cambria, Jr.

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 05-CR10027 MLW | District of Massachusetts | 05-03073M-001 | District of Arizona |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
   X  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of 21:846

**DISTRICT OF OFFENSE**
District of Massachusetts

**DESCRIPTION OF CHARGES:**

Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine and Oxycodone

**CURRENT BOND STATUS:**
   ☐ Bail fixed at _____ and conditions were not met
   X  Government moved for detention and defendant detained after hearing in District of Arrest
   ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   ☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?   X No    ☐ Yes    Language: _____

**DISTRICT OF ARIZONA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_3/17/05_
Date

_[signature]_
Edward C. Voss, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

| FILED | LODGED |
|---|---|
| X RECEIVED | COPY |

MAR 17 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____Arizona_____

UNITED STATES OF AMERICA

V.

Leo Joseph Cambria, Jr.

**WAIVER OF RULE 5(c)(3) HEARINGS**
(formerly Rule 40)

CASE NUMBER: 05-3073M

I, __Leo Joseph Cambria, Jr.__, understand that in the _____ District of __Massachusetts__, charges are pending alleging violation of __21 U.S.C. §846__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

( ) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____/s/ Leo L. Cambria_____
Defendant

__3/17/05__
Date

_____/s/ Jane M_____
Defense Counsel

(4)

Proceedings include all events.                                         CLOSE
2:05m 3073-ALL USA, et al v. Cambria

                                                                        CLOSE
                         U.S. District Court
      U.S. District Court for the District of Arizona (Phoenix)

            CRIMINAL DOCKET FOR CASE #: 05-M -3073-ALL

USA, et al v. Cambria                                      Filed: 03/10/05
Dkt# in other court: None

3/10/05    --         DEFENDANT Leo J Cambria Jr arrested on warrant from
                      District of Massachusetts Leo J Cambria (1) count(s) cmp (kl)
                      [Entry date 03/14/05]

3/10/05    1          ( FILED: 3/14/05) MINUTES:  before Mag Judge Lawrence O.
                      Anderson. Initial appearance held; dft advised of charges,
                      rights, etc.; adding for Leo J Cambria Jr attorney Jane L
                      McClellan. Appointment of counsel hearing held. Gregory
                      Bartolomei for Jane McClellan appointed. Status hearing re:
                      Identity set for 3/17/05 at 9:30 AM before Magistrate Judge
                      Voss. Dft ordered temporarily detained. Detention hearing
                      set for 3/17/05 at 9:30 AM before Magistrate Judge Voss.
                      [1-2] (kl) [Entry date 03/14/05]

3/14/05    2          ORDER by Mag Judge Lawrence O. Anderson  appointing
                      counsel Jane McClellan. (kl) [Entry date 03/14/05]

3/17/05    3          ( FILED: 3/21/05) MINUTES:  before Magistrate Judge Edward
                      C. Voss appears defendant Cambria with counsel; identity
                      hearing is waived; status hearing held; detention hearing
                      is submitted and defendant is detained; removal warrant is
                      issued. [3-1] re: [3-1] (phr)· [Entry date 03/21/05]

3/17/05    4          identity hearing waived as to Leo J Cambria Jr (phr)
                      [Entry date 03/21/05]

3/17/05    --         RULE 40 removal warrant issued as to Leo J Cambria Jr  by
                      Magistrate Judge Edward C. Voss ; case closed (phr)
                      [Entry date 03/21/05]

3/21/05    5          ORDER of detention pending further proceedings by
                      Magistrate Judge Edward C. Voss  as to Leo J Cambria Jr  re:
                      detention [5-1] (phr) [Entry date 03/21/05]

Docket as of March 25, 2005 10:17 am                       Page 1