# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )    CRIMINAL ACTION
                               )    NO. 05-10027-MLW
LEO J. CAMBRIA JR.,            )
GINA CAPODILUPO,               )
a/k/a "Gina Cambria", and      )
DEBRA TAMBURINO,               )
            Defendants,        )
_____)
```

## STATUS REPORT
### May 18, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Discovery

The Government has obtained and forwarded to Defendants' counsel discovery received from the District of Arizona. Counsel for the Defendants have requested additional time to review that discovery with their clients. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on June 30, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 17, 2005 (date of expiration of prior order of excludable time) through June 30, 2005 (date by which all Defendants will have completed their review of discovery produced by the Government).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, September 8, 2005.

        /s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE