UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEO J. CAMBRIA JR., )<br>GINA CAPODILUPO, )<br>a/k/a "Gina Cambria", and )<br>DEBRA TAMBURINO, )<br>    Defendants, )<br>) | CRIMINAL ACTION<br>NO. 05-10027-MLW |

ORDER OF EXCLUDABLE TIME
May 18, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 17, 2005 (date of expiration of prior order of excludable time) through June 30, 2005 (date by which all Defendants will have completed their review of discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE