UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
            v.                     )   CRIMINAL ACTION
                                   )   NO. 05-10027-MLW
LEO J. CAMBRIA JR.,                )
GINA CAPODILUPO,                   )
a/k/a "Gina Cambria", and          )
DEBRA TAMBURINO,                   )
            Defendants,            )
_____)

FINAL STATUS REPORT
July 1, 2005

**SWARTWOOD, c.M.J.**

The following is a Final Status Report to Wolf, J. to whom this case is assigned:

1. Discovery

Completed.

2. Substantive Motions

Counsel for the Defendants have reported that they intend to file substantive motions. Since discovery is completed, I am returning this case to Judge Wolf for all further proceedings including scheduling for the filing of substantive motions.

3. Excludable Time

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment of the first Defendant to be arraigned in this case

through June 30, 2005.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, September 8, 2005</u>.

                                           <u>/s/Charles B. Swartwood, III</u>
                                           CHARLES B. SWARTWOOD, III
                                           CHIEF MAGISTRATE JUDGE