UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 05-10027-MLW** |
| V. | |
| **LEO J. CAMBRIA, JR. et al** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on <u>SEPTEMBER 7, 2005</u> at 2:30 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT

| | |
|---|---|
| **August 25, 2005** | **By:** /s/ Dennis O'Leary |
| Date | Deputy Clerk |

**Notice to:**
(crim-notice.wpd - 7/99)

                                          [ntchrgcnf.]
                                          [kntchrgcnf.]