UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10027

| United States of America | Leo Cambria et al |
|---|---|
| PLAINTIFF | DEFENDANT |

| Rachel Hershfang | James Carney |
|---|---|
| | Eliot Weinstein |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Pre-trial Conference |
|---|---|
| 9/7/05 | Court allows the joint motion to exclude time and to schedule today's status conference. |
| | Defendants ask that the case be stayed until December, 2005. Government has no objection to the defendants request. All defendants agree to exclude the time during the stay. Court excludes the time between today and 12/15/2005. Any motions to suppress, dismiss or discovery motion shall be filed by 12/15/2005. |
| | Any response by the government shall be filed by 1/6/06. A hearing r pre-trial conference shall be held on 1/17/06 at 2:00 PM. |