UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>         v.                )  Cr. No. 05-10027-MLW<br>LEO CAMBRIA,                  )<br>GINA CAPODILUPO,             )<br>    a/k/a "Gina Cambria"     )<br>and DEBRA TAMBURINO,         ) | |

ORDER

WOLF, D.J.                                              September 7, 2005

For the reasons described in detail in court on September 7, 2005, it is hereby ORDERED that:

1. The defendants shall, by December 15, 2005, file any motions to suppress, motions to dismiss, or motions for further discovery.

2. The government shall, by January 6, 2006, respond to any motions.

3. A hearing or pre-trial conference shall be held on January 17, 2006, at 2:00 p.m.

4. The parties' joint motion to exclude time under the Speedy Trial Act is ALLOWED. With the agreement of the parties, the time from June 30, 2005, through December 15, 2005, is excluded because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

                                        /S/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE