UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>LEO J. CAMBRIA, JR., )<br>GINA CAPODILUPO, )<br>DEBRA TAMBURINO, )<br>    Defendants. )<br>) | Crim. No. 05-10027-MLW |

**NOTICE OF APPEARANCE OF PAUL R. MOORE**

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United States of America in the above-captioned matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Paul R. Moore
    PAUL R. MOORE
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
Date: December 27, 2005    (617) 748-3654

CERTIFICATE OF SERVICE

Suffolk, ss.    Boston, Massachusetts
    December 27, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing via electronic filing to defense counsel in the above-captioned case.

    /s/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney