UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| 1. LEO CAMBRIA, | ) No. 05-10027-MLW |
| 2. GINA CAPODILUPO, | ) |
|    a/k/a "Gina Cambria" | ) |
| 3. DEBRA TAMBURINO, | ) |
| | ) |
|    **Defendants** | ) |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned Assistant United States Attorney hereby moves to withdraw as counsel of record for the above-captioned case. In support of this motion, the undersigned states as follows:

1. Another Assistant United States Attorney has taken over representing the United States of America in this case;

2. That AUSA (Paul Moore) filed a notice of appearance yesterday (docket no. 39), has been added to the docket, and will represent the United States in this action;

Therefore, the undersigned respectfully seeks the Court's permission to withdraw as counsel in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: December 28, 2005