524964

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN 30 A 11: 08

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

v.

LEO J. CAMBRIA, Jr.

**WARRANT FOR ARREST**

Case Number: **05 CR 10027 MLW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Leo J. Cambria, Jr.**
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**conspiracy to possess with intent to distribute and to distribute methamphetamine and oxycodone**

RECEIVED
2005 FEB -9 P 2:51
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of Title __21__ United States Code, Section(s) __846__

_Catherine M. Gaulik_                    _Supervisor_
Name of Issuing Officer                   Title of Issuing Officer

_Catherine M. Gaulik_                    Boston, MA; February _9_, 2005
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____                  BY _____

---

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| | WARRANT EXECUTED BY USMS AZ | |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/10/05 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Leo J. Cambria, Jr. _____

ALIAS: _____

LAST KNOWN RESIDENCE: ____ Tucson, AZ _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____ M _____     RACE: _____ WH _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____