UNITED STATES DISTRICT COURT

FIRST CIRCUIT

DISTRICT OF MASSASCHUSETTS

FILED IN CLERKS OFFICE

2006 JUL -3 P 3:01  05-CR-10027-

DOCKET NO: 051002701    MLW

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES

VS.

LEO J. CAMBRIA

MOTION TO DISMISS COUNSEL

    NOW COMES THE DEFENDANT IN THE AVOVE CAPTIONED MATTER, LEO J. CAMBRIA AND MOVES THIS HONORABLE COURT TO DISMISS AND ASSIGN NEW COUNSEL ON THE GROUNDS THAT THE DEFENDANT AND COUNSEL ARE IN TOTAL DISAGREEMENT AND THE DEFENDANT HAS LOST ALL CONFIDENCE IN COUNSESLS ABILITYS.

    COUNSEL HAS BEEN SERVED AND REQUESTED BY MAIL AND POSTAGE ON OR ABOUT THE 27th DAY OF JUNE TO KINDLY WITHDRAW HIMSELF FORM THIS CASE.

    CONSELER J.W. CARNEY HAS NOT RESPONED TO MY REQUEST.

DATED: JUNE 27, 2006

RESPECTFULLY SUMITTED

*Leo J. Cambria*

LEO CAMBRIA

ACTING PRO SE'

"CERTIFICATE OF SERVICE"

FILED
CLERKS OFFICE

2006 JUL -3 P 3:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

THIS IS TO CERTIFY THAT I HAVE THIS DAY SERVED UPON THE PERSON LISTED BELOW A COPY OF THE FORGOING DOCUMENT BY MAIL AND POSTAGE.

Clerk for Judge Wolf
Dennis O'Leary
United States District Courthouse
Boston, MA. 02210

Re:Docket# 051002701

THIS THE 27th DAY OF JUNE 2006

RESPECTFULLY SUBMITTED

*Leo J. Cambria*

LEO J. CAMBRIA
ACTING PRO SE'

CC/
Attorney J.W. CARNEY, Jr., Esq.
A.U.S.A. Rachel Harshfang
Clerk Dennis O'Leary

UNITED STATES DISTRICT COURT

FIRST CIRCUIT

DISTRICT OF MASSASCHUSETTS

UNITED STATES

DOCKET# ~~051002701~~  *05-CR-10027-MW*

VS.

LEO CAMBRIA

AFFIDAVIT OF LEO CAMBRIA

FOR DISMISSAL OF COUNSELER

MR. J.W. CARNEY JR., Esq.

I Leo J. Cambria, do state the following is a true and accurate statement of fact:

1.) Counselor Carney has not responded to any of my requests for information.
2.) I have been awaiting trial for approximately 14 months.
3.) No motions to my knowledge have been filed at this point.
4.) I am being housed at the Shattuck Hospital; I feel I am not receiving the proper care for my liver condition. I feel Mr. Carney refuses to address this matter to the courts.
5.) Mr. Carney and myself cannot communicate on a rational level, due to our irreconcilable differences.

June 16, 2006

Attorney at Law
J.W. Carney Jr., Esq.
20 Park Plaza, Suite 1405
Boston, MA. 20116

Leo J. Cambria
8 North
Shattuck Hospital
180 Morton Street
Jamaica Plain, MA 02130

Re: Leo Cambaria
Docket #~~051002701~~ 05-CR-10027-MLW

Dear Mr. Carney:

    I am requesting that you kindly withdraw yourself from my case. I feel that we are in total disagreement on most everything we have encountered.
    As you may well know I have sever liver damage, and have been at the Shatttuck Hospital for three weeks now. I am in extreme pain, I can barely walk, constantly feeling nauseated, cannot eat without feeling very sick. I am having trouble breathing, headaches and my body is filled up with fluids, due to my liver and kidneys. I need an Attorney that's at least going to try to get me better medical attention. I feel that my medical condition is to the point of life threatening.
    I would think that the courts should be made aware of my situation. You seem to disagree. At this point I feel my life is at stake and your representation, or the lack there of is not working for me.
    I am giving you the opportunity to gracefully withdraw yourself from my case. I am prepared to file a motion to dismiss counsel of my own accord, should you fail to file in a timely manor.

Respectfully

*Leo J. Cambria*

Leo J. Cambria