UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Criminal No. 05-10027-MLW<br>) |
| LEO J. CAMBRIA, JR.<br>        Defendant. | )<br>) |

FILED
IN CLERKS OFFICE
2006 DEC 22 A 9: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DISMISSAL OF LEO J. CAMBRIA, JR. FROM INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the above-numbered Indictment against the defendant LEO J. CAMBRIA, JR, which Indictment charges him with conspiracy to possess with the intent to distribute, and to distribute, methamphetamine and oxycodone, in violation of 21 U.S.C. § 846. In support of this dismissal, the government states that it has been informed by the United States Marshal Service that LEO J. CAMBRIA, JR. is now deceased.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: 12/20/6

MICHAEL K. LOUCKS
Acting U.S. Attorney

Paul R. Moore
Assistant U.S. Attorney

Leave to File Granted:

_____
Hon. Mark L. Wolf, Chief Judge
United States District Court

Dec. 27, 2006