**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 05-10027-MLW |
| | ) | |
| GINA CAPODILUPO, | ) | |
| DEBRA TAMBURINO, | ) | |
| Defendants. | ) | |
| | ) | |

**COMPLIANCE WITH COURT'S ORDER TO REPORT ON STATUS OF MATTER**

Defendants Gina Capodilupo and Debra Tamburino, represented by their attorneys, respectively Alfred P. Farese, Jr., Esq., and Elliot M. Weinstein, Esq., and the United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully informs the Court of the following:

1.      The parties are now in agreement that the matter can be resolved short of trial.

2.      More specifically, each defendant will offer a plea of guilty to one count of Title 21, United States Code, Section 843(b) (which carries a four year statutory maximum penalty).

3.      In exchange, the government will move to dismiss the current charges against the defendants (the government will file a Superseding Information).

4.      The parties do not anticipate that there will be a written plea agreement.

5.      The parties would respectfully request that the Court schedule a Rule 11 Hearing at its earliest convenience.

6.      The parties reiterate their appreciation for the Court's decision to permit the parties to more fully explore the matter through its expansion of the various

1

timing requirements.

Respectfully submitted,

| | | | |
|---|---|---|---|
| GINA CAPODILUPO | | MICHAEL J. SULLIVAN | |
| Defendant | | United States Attorney | |

By:    /s/ Alfred P. Farese, Jr.          By:  /s/ Paul R. Moore
       Alfred P. Farese, Jr., Esq.              Paul R. Moore
       Counsel for Ms. Capodilupo              Assistant United States Attorney


DEBRA TAMBURINO
Defendant

By:    /s/ Elliot M. Weinstein
       Elliot M. Weinstein, Esq.
       Counsel for Ms. Tamburino



Date: February 12, 2007